**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MD ISMAIL HOSSAIN

                             Petitioner      :       1:26-cv-3325 (ALC)

          -against-                 :       **ORDER**

MULLIN ET AL

                       Respondents.

---

**ANDREW L. CARTER, JR, United States District Judge:**

The Court schedules a telephonic hearing on May 7, 2026 at 4 PM. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED. Dated:**

    April 23, 2026

**New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**