UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MD ISMAIL HOSSAIN

Petitioner          1:26-cv-3325 (ALC)

-against-          ORDER.

MULLIN ET AL

Respondents.

ANDREW L. CARTER, JR, United States District Judge:

The Court schedules a telephonic hearing on May 13, 2026 at 11:30 AM. The Parties should contact the Court at
1-855-244-8681 (access code: 2305 370 0226#).

SO ORDERED. Dated:

May 7, 2026

New York, New York

ANDREW L. CARTER, JR.
United States District Judge