**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRIC TOF NEW YORK**

---

MD ISMAIL HOSSAIN

                Petitioner

    -against-

MULLIN ET AL

             Respondents.

1:26-cv-3325 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR, United States District Judge:**

Following up from the May 13, 2026 telephonic conference, the Parties are ORDERED to file a joint status report by June 10, 2026.

**SO ORDERED. Dated:**

    May 13, 2026

**New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**